Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, CA 93612
Office: (559) 297-6190
Facsimile: (559) 297-6194

Attorney for Plaintiffs
    Alan Stimmell and Pamela Stimmell

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STIMMELL, an individual, PAMELA STIMMELL, an individual<br><br>    Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, Attorney General, State of California (in her official capacity as the Attorney General of the State of California); JUAN MORALES, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; FRANK NAVARRO, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; LUKE POWELL, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; and other unknown state agents, sued in their personal capacity as DOES 1 through 25, inclusive,<br><br>    Defendants. | **CASE NO.** 1:12-CV-00155-LJO-BAM<br><br>**STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>**NEW DATE:** May 8, 2012<br><br>**TIME:**     8:30 a.m.<br><br>**CTRM:**     8 (6th floor)<br>                **Barbara A. McAuliffe**<br>                **U.S. Magistrate Judge** |

    WHEREAS a Mandatory Scheduling Conference is currently scheduled in this matter on April 24, 2012, at the hour of 9:00 a.m., before the Honorable Magistrate Judge, Barbara A. McAuliffe;

    WHEREAS Plaintiffs' counsel is currently involved in a bench trial in the Sacramento County Superior Court, before the Honorable Judge Raymond M. Cadei with said bench trial going into its third week starting April 16, 2012;

WHEREAS Defendants' counsel has consented to a continuance of this Mandatory Scheduling Conference due to the unavailability of Plaintiffs' counsel;

IT IS HEREBY STIPULATED by the parties to the above-entitled matter, through their respective counsel of record herein, that the Mandatory Scheduling Conference be continued to May 8, 2012, at the hour of 8:30 a.m., in Courtroom Eight (8), before the Honorable Magistrate Judge, Barbara A. McAuliffe.

Respectfully submitted,

DATED: April 11, 2012

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

DATED: April 11, 2012

/S/ JOHN M. FESER, JR.
JOHN M. FESER, JR, Deputy Attorney General
Attorney for Defendant

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from April 24, 2012 to May 8, 2012 at 8:30 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **April 11, 2012**          /s/ **Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE