UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STIMMELL, et al., | CASE NO. CV F 12-0155 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT KAMALA HARRIS AND FIFTH CLAIM** (Doc. 16) |
| vs. | |
| JUAN MORALES, et al.,, | |
| Defendant. | |

Based on the parties' June 20, 2013 stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice defendant Kamala D. Harris and the operative complaint's (fifth) declaratory relief claim and DIRECTS the clerk not to close this action.

IT IS SO ORDERED.

Dated:   **June 20, 2013**                             **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

1