1 | Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
2 | 701 Pollasky Avenue
Clovis, CA 93612
3 | Office: (559) 297-6190
Facsimile: (559) 297-6194
4 |
5 | Attorney for Plaintiffs
      Alan Stimmell and Pamela Stimmell
6 |
7 |
8 |            **IN THE UNITED STATES DISTRICT COURT**
9 |            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10 |

| | |
|---|---|
| ALAN STIMMELL, an individual, PAMELA STIMMELL, an individual | CASE NO. 1:12-CV-00155-LJO-BAM |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE** |
| KAMALA D. HARRIS, Attorney General, State of California (in her official capacity as the Attorney General of the State of California); JUAN MORALES, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; FRANK NAVARRO, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; LUKE POWELL, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; and other unknown state agents, sued in their personal capacity as DOES 1through 25, inclusive, | DATE: August 8, 2013<br>TIME: 10:30 a.m.<br>CTRM: Dept 10 (6th floor)<br>Gary S. Austin<br>U.S. Magistrate Judge<br><br>JURY TRIAL: August 27, 2013 |
| Defendants. | |

WHEREAS the parties wish to conduct a settlement conference in the above-entitled matter.

THEREFORE IT IS HEREBY STIPULATED by the parties to the above-entitled matter, through their respective counsel of record herein, that a Settlement Conference be conducted on August 13, 2013, at the hour of 10:00 a.m., before the Honorable Magistrate Judge, Barbara A. McAuliffe, Courtroom Eight (8) of the above-entitled court.

**STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE**

                                                           Respectfully submitted,

DATED: July 17, 2013

                                                           /S/ BRIAN C. LEIGHTON
                                                           BRIAN C. LEIGHTON, Attorney for Plaintiffs

DATED: July 17, 2013                               /S/ ROHIT KODICAL
                                                           ROHIT KODICAL, Deputy Attorney General
                                                           Attorney for Defendant

## ORDER

A Settlement Conference will be held on **August 8, 2013, at 10:30 AM**, in Courtroom 10 before Magistrate Judge Gary S. Austin. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

No later than seven days prior to the settlement conference, each party shall submit directly to Judge Austin's chambers at gsaorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

    A.    A brief statement of the facts of the case;

    B.    A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

    C.    A summary of the proceedings to date;

    D.    An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

    E.    The relief sought; and

1    F.   The party's position on settlement, including the amount which the party will accept to settle, realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   **July 18, 2013**              /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE