Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, CA 93612
Office: (559) 297-6190
Facsimile: (559) 297-6194
E-mails: bleighton@arrival.net &
kbarker@arrival.net
*Attorney for Plaintiffs*
 *Alan Stimmell & Pamela Stimmell*

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT S. KODICAL, CA BAR #215497
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-2226
Office: (510) 622-2226
Facsimile: (510) 622-2121
E-mail: Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Juan Morales,*
 *Frank Navarro and Luke Powell*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STIMMELL, an individual, PAMELA STIMMELL, an individual<br><br>                    Plaintiffs,<br><br>     v.<br><br>JUAN MORALES, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; FRANK NAVARRO, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; LUKE POWELL, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; and other unknown state agents, sued in their personal capacity as DOES 1 through 25, inclusive,<br><br>                    Defendants. | **CASE NO.** 1:12-CV-00155-LJO-BAM<br><br>**STIPULATION TO PRODUCE WITNESSES AT TRIAL; AND [PROPOSED] ORDER THEREON**<br><br><br><br><br>TRIAL DATE:     August 27, 2013<br>TIME:           8:30 a.m.<br>CTRM:           4 (LJO) |

The parties in the above-entitled action, through and by their respective counsel of record, stipulate and agree that the three Defendants in this case, Juan Morales, Frank Navarro and Luke Powell, will be produced by the Defendants without the need for the service of subpoena. Likewise, Plaintiffs agree that they will produce the Plaintiffs, Alan and Pamela Stimmell, as well as Jeremy Wells at the trial with no need to serve a subpoena on them.

Respectfully submitted,

DATED: August 6, 2013

/S/ Brian C. Leighton

BRIAN C. LEIGHTON, *Attorney for Plaintiffs*

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/S/ Rohit S. Kodical

ROHIT S. KODICAL.
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

**Dated:   August 6, 2013**              **/s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE