Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, CA 93612
Office: (559) 297-6190
Facsimile: (559) 297-6194
E-mails: bleighton@arrival.net &
         kbarker@arrival.net
*Attorney for Plaintiffs*
     *Alan Stimmell & Pamela Stimmell*

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT S. KODICAL, CA BAR #215497
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-2226
Office: (510) 622-2226
Facsimile: (510) 622-2121
E-mail: Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Juan Morales,*
     *Frank Navarro and Luke Powell*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STIMMELL, an individual, PAMELA STIMMELL, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JUAN MORALES, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; FRANK NAVARRO, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; LUKE POWELL, a law enforcement Special Agent of the California Department of Justice, Office of Attorney General, but sued herein in his personal capacity; and other unknown state agents, sued in their personal capacity as DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO.** 1:12-CV-00155-LJO-BAM<br><br>**STIPULATION TO PRODUCE WITNESSES AT TRIAL; AND [PROPOSED] ORDER THEREON**<br><br><br><br>TRIAL DATE:  August 27, 2013<br>TIME:  8:30 a.m.<br>CTRM:  4 (LJO) |

1　　　　The parties in the above-entitled action, through and by their respective counsel of record,
2 stipulate and agree that the three Defendants in this case, Juan Morales, Frank Navarro and Luke Powell,
3 will be produced by the Defendants without the need for the service of subpoena.  Likewise, Plaintiffs
4 agree that they will produce the Plaintiffs, Alan and Pamela Stimmell, as well as Jeremy Wells at the
5 trial with no need to serve a subpoena on them.

6　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

7　DATED: August 6, 2013　　　　　　　　/S/ Brian C. Leighton
　　　　　　　　　　　　　　　　　　　　_____
8　　　　　　　　　　　　　　　　　　　　BRIAN C. LEIGHTON, *Attorney for*
　　　　　　　　　　　　　　　　　　　　*Plaintiffs*
9

10　　　　　　　　　　　　　　　　　　　KAMALA D. HARRIS
　　　　　　　　　　　　　　　　　　　　Attorney General of California
11　　　　　　　　　　　　　　　　　　　JEFFREY R. VINCENT
　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
12
　　　　　　　　　　　　　　　　　　　　/S/ Rohit S. Kodical
13　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROHIT S. KODICAL.
14　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
15

16　IT IS SO ORDERED.

17　**Dated:   August 6, 2013**　　　　　　**/s/  Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE